IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
CROP PRODUCTION SERVICES,   )
INC., a Delaware            )
corporation,                )
                            )
     Plaintiff,             )
                            )    CIVIL ACTION NO.
     v.                     )      1:10cv395-MHT
                            )          (WO)
TED BAXTER, an individual,  )
                            )
     Defendant.             )
```

ORDER

By final judgment entered on July 12, 2010, plaintiff Crop Production Services, Inc. is to have and recover from defendant Ted Baxter the sum of $ 255,023.66, plus interest on that amount at $ 110.2446 per day from June 9, 2010, until the date of the judgment, and attorney's fees and costs for this lawsuit.  On July 27, 2010, a writ of garnishment was issued against garnishee Regions Bank, c/o CSC Lawyers Incorporating Service, Inc., 150 S. Perry St., Montgomery, Alabama 36104, claiming that Baxter is indebted to Crop Production Services in the

amount of $ 255,023.66.  (Neither the application for the writ nor the writ itself makes any reference to interest, attorneys' fees or costs.)  On August 2, 2010, Regions Bank filed an answer indicating that it has in its possession $ 1,583.48 belonging to Baxter and is holding the money subject to further orders of the court.

Accordingly, it is ORDERED that defendant Ted Baxter show cause, if any there be, by September 2, 2010, as to why final judgment should not be entered against garnishee Regions Bank requiring that it pay into the registry of the United States District Court, Montgomery, Alabama sufficient sums, as prescribed by the writ of garnishment, from the money belonging to defendant Ted Baxter.

DONE, this the 10th day of August, 2010.

    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE